UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                        Case No. 24-30226
                                          Originating No.  24MJ257

**MATTHEW LIMES,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MATTHEW LIMES,** to answer to charges pending in another federal district, and states:

1. On **June 12, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of New York based on a Criminal Complaint**.  Defendant is charged in that district with violations of  **18 USC 554 – Smuggling of Goods from the United States, 22 US.C. Section 2778 – Control of Arms Exports and Imports and 18 U.S.C. Section 933 – Trafficking in Firearms.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/Doug Salzenstein
DOUG SALSENSTEIN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: June 12, 2024