2.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

CRIMINAL NO.  24-30226
Original District No 24MJ257

MATTHEW LIMES,

          Defendant.

                                /

F I L E D
JUN 1 2 2024
CLERK'S OFFICE
U.S. DISTRICT COURT

## ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **MATTHEW LIMES be transferred to the Northern District of New York for further proceedings in the case of United States v. MATTHEW LIMES** who has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the following location at the following date/time**: United States District Court located at 14 Durkee Street, Plattsburgh, New York on June 27th, 2024 at 9.00 a.m. before U.S. Magistrate Judge Gary L. Favro.**

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court.  *See* 18 U.S.C. Sections 3146, 3148.

HONORABLE *Robert J. White*
United State Magistrate Judge
*District*

Dated:  *6-12-24*